```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
PORFIRIO VALENZUELA-MATEO, and
all other similarly situated
employees past and present,

                Plaintiffs,
                                        ORDER
        -against-                       14-CV-0518(JS)(AKT)

PRESTIGE KITCHEN DESIGN, INC.,
and MICHAEL AMAR,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Salua V. Baida, Esq.
                    Community Legal Foundation, Inc.
                    41-44 44th Street, Suite C-6
                    Sunnyside, NY 11104

For Defendants:     No appearance
```

SEYBERT, District Judge:

On January 23, 2014, plaintiff Porfirio Valenzuela-Mateo ("Plaintiff") filed a Complaint on behalf of himself and all other similarly situated employees, past and present, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq. against Prestige Kitchen Design, Inc. and Michael Amar (together, "Defendants"). Plaintiff's Complaint was accompanied by an application to proceed in forma pauperis.

Upon review of Plaintiff's declaration in support of his application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis

is GRANTED.  Given Plaintiff's intention to serve and file an Amended Complaint (see April 25, 2014, Civil Conference Minute Order, Tomlinson, M.J.), service will not be undertaken by the United States Marshal Service.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: May __12__, 2014
       Central Islip, New York